NUMBER 13-07-402-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________

 

IN RE: ROBERT HOLEMAN TWIST
 

_____________________________________________________________ ___


On Petition for Writ of Mandamus

__________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Per Curiam Memorandum Opinion (1)



 Relator, Robert Holeman Twist, filed a petition for writ of mandamus in the
above cause on June 21, 2007. The Court, having examined and fully considered the
petition for writ of mandamus, is of the opinion that relator has not shown himself
entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is
denied. See Tex. R. App. P. 52.8(a).

 PER CURIAM


Memorandum Opinion delivered and 

filed this 18th day of July, 2007.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).